266 So.2d 425

Jarvis A. GRIFFIN

v.

E. C. HOCHENDEL, d/b/a Hochendel
Consultants et al.

No. 52690.

Sept. 20, 1972.

266 So.2d 425

STATE of Louisiana ex rel. Kenneth
LANGWORTHY

v.

C. Murray HENDERSON, Warden,
Louisiana State Penitentiary.

No. 52689.

Sept. 20, 1972.

SUMMERS, J., is of the opinion the writ should be granted. No manifest error in the finding of fact by the trial judge has been shown.

BARHAM, J., is of the opinion the writ should be granted. See dissent in Billiot v. Henderson, 260 La. 1131, 258 So. 2d 379, Code of Criminal Procedure Art. 553 and redactor's comment (a) thereunder.

TATE, J., concurs in BARHAM, J.'s, dissent.

DIXON, J., dissents from refusal to grant.